

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00232-CR

David Diaz **DIAZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3519
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due August 3, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court